

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

GUILLERMO ALVARADO CUBIAS,    No. 5:26-cv-02010-JDE

        Petitioner,    ORDER REGARDING PETITION

        v.

FERETI SEMAIA, Warden of Adelanto
ICE Processing Center, et al.,

        Respondents.

On April 21, 2026, Guillermo Alvarado Cubias ("Petitioner"), through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention by immigration authorities and seeking his immediate release. Dkt. 1 ("Petition"). He contends that Respondents lacked statutory authority to detain him without a warrant; his continued detention violates substantive due process; and the bond hearing he was provided was a "sham" that did not satisfy due process. As for relief, Petitioner requests his immediate release from custody; a declaration that his arrest and detention violates the Immigration and Nationality Act and the Fifth Amendment; an order enjoining Respondents from re-detaining him unless Respondents provide at least seven days advance written notice to Petitioner and his counsel

and obtain an order authorizing detention at a pre-deprivation bond hearing before a neutral arbiter at which the government bears the burden of providing by clear and convincing evidence that Petitioner is a flight risk or danger to the community; and award attorneys' fees and costs. Id. at 17-18.

On April 28, 2026, Respondents filed an Answer to the Petition stating they "are not presenting an opposition argument at this time" and "[s]hould the Court enter relief, judgment may be entered, and consistent with the 'expeditious resolution' of § 2241 Immigration Petitions required by the General Order, no more filings or proceedings will be necessary in this matter." Dkt. 10. On April 29, 2026, the Court issued an order, interpreting the Answer as an agreement by Respondents that the Court has authority to order release under the applicable law and that Respondents do not oppose such relief, and ordering, if Respondents had a different view, to file a Notice by noon on April 30, 2026, stating such different view, with no such filing required if Respondents did not contest the foregoing interpretation of their Answer. Dkt. 12 ("Order"). Respondents did not timely file a Notice or otherwise respond to the Order. As such, the Court deems the Answer as an agreement by them that the Court has the authority to order Petitioner's release from immigration detention under the applicable law and Respondents do not oppose such relief. Therefore, with Respondents' agreement,

IT IS ORDERED that (1) the Petition is granted, in part, and Respondents are ORDERED to immediately release Petitioner from custody, subject to any preexisting release conditions; and (2) all other respects, the Petition is denied and dismissed without prejudice.

IT IS SO ORDERED.

Dated: April 30, 2026

_____
JOHN D. EARLY
United States Magistrate Judge