UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

GUILLERMO ALVARADO CUBIAS,

Petitioner,

v.

FERETI SEMAIA, Warden of Adelanto ICE Processing Center, et al.,

Respondents.

No. 5:26-cv-02010-JDE

JUDGMENT

Pursuant to the Order Regarding Petition,

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition is: (1) GRANTED, in part, with Respondents ORDERED to release Petitioner from custody immediately, subject to any preexisting release conditions; and (2) DISMISSED without prejudice in all other respects.

Dated: April 30, 2026

_____
JOHN D. EARLY
United States Magistrate Judge